| AO-10 Rev. 1/96 | **FINANCIAL DISCLOSURE REPORT** NOMINATION | Report Required by the Ethics in Gov't Act of 1978, Pub. L. No. 95-521, November 2, 1978 (5 U.S.C. App. 6, 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | | 3. Date of Report |
|---|---|---|---|
| Gajarsa, Arthur J. | U.S. Court of Appeals for the Federal Circuit | | 04/18/96 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) U.S. Appeals Judge - Nominee | 5. Report Type (check appropriate type) __X__ Nomination, Date 04/18/96 ___ Initial ___ Annual ___ Final | | 6. Reporting Period 01/01/95 - 12/31/95 |
| 7. Chambers or Office Address 1300 19th Street, N.W. Suite 400 Washington, D.C. 20036 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ | | Date |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions)

| | |
|---|---|
| Attorney - Officer | Joseph, Gajarsa, McDermott & Reiner, P.C. |
| See schedule attached | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ **NONE** (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

☐ **NONE** (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1994 | Joseph, Gajarsa, McDermott & Reiner, P.C., wages | $ 171302.00 |
| 1994 | Consulting practice, net of expenses | $ 48300.00 |
| 1995 | Joseph, Gajarsa, McDermott & Reiner, P.C., wages | $ 176087.00 |
| 1995 | Consulting practice, net of expenses | $ 16750.00 |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 04/18/96 |

**IV.  REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] **NONE**  (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |

**V.  OTHER GIFTS.**  (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] **NONE**  (No such reportable gifts) | | |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |

**VI.  LIABILITIES.**  (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] **NONE**  (No reportable liabilities) | | |
| Janney Montgomery Scott | Margin interest | M |
| Legg Mason Wood Walker, Inc. | Margin interest | O |
| | | |
| | | |
| | | |
| | | |
| | | |

VALUE CODES:

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gajarsa, Arthur J. | Date of Report<br>04/18/96 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" or "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. | C.<br>Income during reporting period | | D.<br>Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-U) | (1)<br>Type<br>(e.g. sell, buy, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| | | | | | | If not exempt from disclosure | | | | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 AT&T Corp - Common (J) | | A | Dividend | K | T | Exempt | | | | |
| 2 Amoco Corp - Common (J) | | A | Dividend | K | T | Exempt | | | | |
| 3 Bankamerica Corp - Common (J) | | A | Dividend | K | T | Exempt | | | | |
| 4 Central Maine Power Co - Common (J) | | A | Dividend | J | T | Exempt | | | | |
| 5 Computer Horizons Corp - Common (J) | | A | None | P | T | Exempt | | | | |
| 6 Contempri Homes Inc. - Common (J) | | A | None | K | T | Exempt | | | | |
| 7 Esmor Correctional Services - Common (J) | | A | None | K | T | Exempt | | | | |
| 8 GTE Corp - Common (J) | | D | Dividend | N | T | Exempt | | | | |
| 9 Hirsh International Corp - Common (J) | | A | None | L | T | Exempt | | | | |
| 10 Interstate Power Co - Common (J) | | A | Dividend | J | T | Exempt | | | | |
| 11 Isomedix Inc - Common (J) | | A | None | K | T | Exempt | | | | |
| 12 National Media Corp - Common | | A | None | N | T | Exempt | | | | |
| 13 Northeast Utilities - Common (J) | | B | Dividend | J | T | Exempt | | | | |
| 14 Supreme Industries Inc. - Common (J) | | A | None | K | T | Exempt | | | | |
| 15 TGC Industries, Inc. - Restricted (J) | | A | None | J | T | Exempt | | | | |
| 16 Refac Tech Dev Corp (J) | | A | None | K | T | Exempt | | | | |
| 17 Universal Health Realty Income Trust (J) | | C | Dividend | K | T | Exempt | | | | |
| 18 Western Transmedia, Inc. - | | A | None | L | T | Exempt | | | | |

1 Income/Gain Codes: (See Col. B1 & D3) A=$1,000 or less, B=$1,001 to $2,500, C=$2,501 to $5,000, D=$5,001 to $15,000
F=$50,001 to $100,000, G=$100,001 to $1,000,000, H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less, K=$15,001 to $50,000, L=$50,001 to $100,000, M=$100,001 to $250,000
N=$250,001 to $500,000, O=$500,001 to $1,000,000, P=More than $1,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market
U=Book Value, V=Other, W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 04/18/96 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) B. Indicate where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Methods (Q-U) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Supreme Industries, Inc. - Warrants (J) | A | None | J | T | Exempt | | | | |
| 20 Aura Systems, Inc. - Common | A | None | K | T | Exempt | | | | |
| 21 Bell & Howell Holdings Corp - Common | A | None | K | T | Exempt | | | | |
| 22 Microsoft Corp - Common | A | None | K | T | Exempt | | | | |
| 23 National Media Corp - Common | A | None | K | T | Exempt | | | | |
| 24 Perusahan Perseroan - Common | A | None | K | T | Exempt | | | | |
| 25 Telekmunikiasi Indongsia Somatogen, Inc. - Common | A | None | J | T | Exempt | | | | |
| 26 United Technologies Corp - Common | A | Dividend | K | T | Exempt | | | | |
| 27 JNS Money Market Fund | A | Dividend | J | T | Exempt | | | | |
| 28 JNS Primary Fund | A | Dividend | | | Exempt | | | | |
| 29 GTE Corp - Common | A | Dividend | K | T | Exempt | | | | |
| 30 Universal Health Realty Income Trust | B | Dividend | K | T | Exempt | | | | |
| 31 U.S. Treasury Securities Stripped | A | None | L | T | Exempt | | | | |
| 32 Resolution FDG Corp | A | None | K | T | Exempt | | | | |
| 33 Barrick Gold Corp - Common (J) | A | Dividend | | | Exempt | | | | |
| 34 Computer Horizons Corp - Common | A | None | O | T | Exempt | | | | |
| 35 IBM Corp - Common | A | Dividend | J | T | Exempt | | | | |
| 36 Merck & Co, Inc. - Common | A | Dividend | K | T | Exempt | | | | |

1 Income/Gain Codes: (See Col. B1 & D3) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost(real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 04/18/96 |

**VII. Page 3 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.   Description of Assets (including trust assets) B. Indicate where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by Dependent child. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Methods Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 SBC Communications, Inc. - Common | A | Dividend | J | T | Exempt | | | | |
| 38 WRX Tech, Inc. - Common | A | Dividend | J | T | Exempt | | | | |
| 39 Western Transmedia, Inc. - Restricted | A | None | K | T | Exempt | | | | |
| 40 Western Transmedia, Inc. - Common | A | None | J | T | Exempt | | | | |
| 41 Western Transmedia Co - Warrants | A | None | J | T | Exempt | | | | |
| 42 Western Transmedia Co - Warrants Restricted | A | None | J | T | Exempt | | | | |
| 43 U.S. Treasury Inv Growth Ser | A | None | J | T | Exempt | | | | |
| 44 U.S. Treasury Ser M | A | None | K | T | Exempt | | | | |
| 45 U.S. Treasury Ser K | A | None | L | T | Exempt | | | | |
| 46 Delaware Econ Dev Auth 6.75% (J) | O | Interest | M | T | Exempt | | | | |
| 47 Cecil County, MD Comm-Cons (J) | D | Interest | M | T | Exempt | | | | |
| 48 University of Maryland Aux Fac & Tuition 7% (J) | E | Interest | M | T | Exempt | | | | |
| 49 Baltimore MD Wtr Util Rev 7% (J) | C | Interest | M | T | Exempt | | | | |
| 50 Montgomery Co MD HOC SF Mtg 7% (J) | D | Interest | M | T | Exempt | | | | |
| 51 Montgomery Co MD HOC SF Mtg 7.05% (J) | D | Interest | L | T | Exempt | | | | |
| 52 Montgomery Co MD HOC MF Rev 7.4% (J) | D | Interest | M | T | Exempt | | | | |
| 53 Prince William Co VA IDA Res Care 8.04 (J) | D | Interest | M | T | Exempt | | | | |
| 54 Maryland St CDA MF HSG REV 5.45 (J) | D | Interest | M | T | Exempt | | | | |

1. Income/Gain Codes: (See Col. B1 & D4)   A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to $5,000   D=$5,001 to $15,000   E=$15,001 to $50,000

2. Value Codes: (See Col. C1 & D3)   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000

3. Value Method Codes: (See Col. C2)   Q=Appraisal   R=Cost(real estate only)   S=Assessment   T=Cash/Market   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gajarsa, Arthur J. | Date of Report<br>04/18/96 |
|---|---|---|

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by Dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. | C.<br>Income during reporting period | | D.<br>Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent, or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Methods<br>Code<br>(Q-U) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐   **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 55 Prince William CO VA IDA Res Care 8.9% (J) | | D | Interest | M | T | Exempt | | | | |
| 56 Maryland CDA SF Prog BDS 7.4% (J) | | E | Interest | N | T | Exempt | | | | |
| 57 Aura Systems, Inc. - Common (J) | | A | None | K | T | Exempt | | | | |
| 58 Bell and Howell Holding Co - Common (J) | | A | None | M | T | Exempt | | | | |
| 59 Corning Delware LP - Preferred (J) | | C | Dividend | L | T | Exempt | | | | |
| 60 Fonix Corp - Common (J) | | A | None | K | T | Exempt | | | | |
| 61 Perusahaab Perseroen PT Telekomunkasi (J) | | A | None | M | T | Exempt | | | | |
| 62 Energy Conversion Dev Inc | | A | None | J | T | Exempt | | | | |
| 63 Santander Overseas Bank, Inc. - Preferred (J) | | D | Dividend | L | T | Exempt | | | | |
| 64 Summit Technology, Inc. - Common (J) | | A | None | M | T | Exempt | | | | |
| 65 Maryland Water Quality Fin Admin 7% (J) | | A | None | M | T | Exempt | | | | |
| 66 Baltimore County Rev Auth MD 7% (J) | | A | None | M | T | Exempt | | | | |
| 67 UTS Barclays Bank PLC American UN (J) | | E | Dividend | M | T | Exempt | | | | |
| 68 U.S. Government Money Market (DC) | | A | Dividend | L | T | Exempt | | | | |
| 69 Nextel Communications | | A | None | K | T | Exempt | | | | |
| 70 Corning Delware LP - Preferred (DC) | | A | Distribu | J | T | Exempt | | | | |
| 71 The Walt Disney Co - Common (DC) | | A | Dividend | J | T | Exempt | | | | |
| 72 Ecogen Inc. - Common (DC) | | A | None | J | T | Exempt | | | | |

| 1 | Income/Gain Codes:<br>(See Col. D1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gajarsa, Arthur J. | Date of Report<br>04/18/96 |
| --- | --- | --- |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical (X)=Joint ownership of reporting individual and spouse, (S)=sole ownership by spouse, (DC)=ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. | C.<br>Income during reporting period | | D.<br>Gross value at end of reporting period | | Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amt.1<br>Code1<br>(A-H) | (2)<br>Type e.g. div., rent, or int. | (1)<br>Value Code2<br>(J-P) | (2)<br>Value Method Code3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date Month Day | (3)<br>Value2 Code2<br>(J-P) | (4)<br>Gain1 Code1<br>(A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 73 GTE Corporation - Common (DC) | | A | Dividend | J | T | Exempt | | | | |
| 74 Glaxo Wellcome PLC ADR - Common (DC) | | A | Dividend | J | T | Exempt | | | | |
| 75 Perusahaan Perseroan PT Telekomunikasi (DC) | | A | None | K | T | Exempt | | | | |
| 76 Santander Overseas Bank, Inc. - Common (DC) | | A | Dividend | J | T | Exempt | | | | |
| 77 Summit Technology, Inc. - Common (DC) | | A | None | J | T | Exempt | | | | |
| 78 UBS Technologies, Inc. - Common (DC) | | A | Dividend | J | T | Exempt | | | | |
| 79 Wal Mart Stores, Inc. - Common (DC) | | A | Dividend | K | T | Exempt | | | | |
| 80 Washington Real Estate Investment Trust (DC) | | A | Dividend | J | T | Exempt | | | | |
| 81 Waste Management International - Common (DC) | | A | None | J | T | Exempt | | | | |
| 82 UTS Barclays Bank PLC American - UIT (DC) | | A | Dividend | J | T | Exempt | | | | |
| 83 UTS Long Japan Unit Invt Trust - UIT (DC) | | A | Dividend | K | T | Exempt | | | | |
| 84 Aura Systems, Inc. - Common (DC) | | A | None | J | T | Exempt | | | | |
| 85 Iomega Corp - Common (DC) | | A | None | K | T | Exempt | | | | |
| 86 Summit Technology, Inc. - Common (DC) | | A | None | J | T | Exempt | | | | |
| 87 Advanced Tissue Sci A - Common | | | | K | T | Exempt | | | | |
| 88 GRIS, Inc - Common | | | | J | T | Exempt | | | | |
| 89 JWB Government Money Market Fund (S) | | A | Dividend | J | T | Exempt | | | | |
| 90 Summit Bancorp (S) | | A | Dividend | J | T | Exempt | | | | |

| 1 | Income/Gain Codes:<br>(See Col. C1 & D2) | A=$1,000 or less<br>F=$50,001 to $100,000 | B=$1,001 to $2,500<br>G=$100,001 to $1,000,000 | C=$2,501 to $5,000<br>H=More than $1,000,000 | D=$5,001 to $15,000 | E=$15,001 to $50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>O=$500,001 to $1,000,000 | K=$15,001 to $50,000<br>P=More than $1,000,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 | N=$250,001 to $500,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |



Digitized by Google



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 04/18/96 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical (1) for individual and spouse, (5) for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Methods Code3 (Q-U) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 91 JNS Money Market Fund (DC) | | A | Dividend | J | T | Exempt | | | | |
| 92 Summit Bancorp (DC) | | A | None | J | T | Exempt | | | | |
| 93 IBM Corp - Common (DC) | | A | None | J | T | Exempt | | | | |
| 94 Magma Energy Corp - Preferred (J) | | A | Dividend | | | Exempt | | | | |
| 95 NCNB Corp 10.5% (J) | | D | Interest | | | Exempt | | | | |
| 96 USX Corp Conv Sub Deb 7% (J) | | A | Interest | | | Exempt | | | | |
| 97 Italian Beach, L.P. (Restaurant) | | A | None | L | U | Exempt | | | | |
| 98 Gold coin collection | | A | None | K | W | Exempt | | | | |
| 99 LCS Industries - Common (J) | | A | None | N | T | Exempt | | | | |
| 100 LCS Industries - Common | | A | None | J | T | Exempt | | | | |
| 101 Summit Bancorp (J) | | D | Dividend | N | T | Exempt | | | | |
| 102 Energy Conversion Devices Inc (DC) | | A | None | J | T | Exempt | | | | |
| 103 LCS Industries - Common (DC) | | A | None | J | T | Exempt | | | | |
| 104 Teradyne Inc | | A | None | J | T | Exempt | | | | |
| 105 Nationsbank (J) | | A | None | K | T | Exempt | | | | |
| 106 Nationsbank (T) | | A | None | J | T | Exempt | | | | |
| 107 Nationsbank (S) | | A | None | J | T | Exempt | | | | |
| 108 First Union (T) | | A | Interest | J | T | Exempt | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost(real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gajarsa, Arthur J. | Date of Report<br>04/18/96 |
|---|---|---|

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. B.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | C.<br>Income during reporting period | | D.<br>Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(dlv.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Methods<br>Code<br>(Q-U) | (1)<br>Type<br>(e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 109 PW Emerging Equity Fund C | A | Dividend | J | T | Exempt | | | | |
| 110 | | | | | | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |
| 120 | | | | | | | | | |
| 121 | | | | | | | | | |
| 122 | | | | | | | | | |
| 123 | | | | | | | | | |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | |
| 126 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>F=$50,001 to $100,000 | B=$1,001 to $2,500<br>G=$100,001 to $1,000,000 | C=$2,501 to $5,000<br>H=More than $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 | E=$15,001 to $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |



Digitized by Google



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 04/18/96 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 04/18/96 |

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date  _4-18-96_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. APP. 6, SECTION 104).

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

        Committee on Financial Disclosure
        Administrative Office of the United States Courts
        One Columbus Circle, N.E.
        Suite 2-301
        Washington, D.C. 20544

Digitized by Google

SCHEDULE

**Non-Profit Organizations - Officer and Trustee**

Rensselaer Neuman Foundation,
    Board of Trustees, 1973-Present
The Institute for Contemporary Culture,
    Board of Trustees, 1986-1995
Outward Bound, U.S.A.,
    Board of Trustees, 1987-Present
Foundation for Improving Understanding of the Arts,
    Board of Trustees, 1982-Present
The National Italian American Foundation,
    Board of Directors, 1976-Present
    General Counsel, 1976-1989
    President, 1989-1992
    Vice Chairman, 1993-1996
The Institute for Mediterranean Democratic Strategies,
    Board of Trustees, 1993-1995
John Carroll Society,
    Board of Governors, 1992-Present
Rensselaer Polytechnic Institute,
    Board of Trustees, 1994-Present
Georgetown University,
    Board of Regents, 1995-Present

**For Profit Organizations - Officer or Director**

| | |
|---|---|
| Eyring Corporation | 1992-Present |
| International Strategies, Limited | 1993-1995 |
| Phidia U.S.A., Limited | 1992-1994 |
| Abbazia, U.S.A., Limited | 1994-1995 |
| Vendramin Limited Inc. | 1992-1995 |
| GASPA Management Limited (partner in | 1995-1996 |

    investment partnership originally
    established to purchase a hotel,
    no longer in existence)

STANFORD LIB.

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH — 2/21/96

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 26,000 | | Notes payable to banks—secured | | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | | |
| Listed securities—add schedule | 7,393,243 | | | Notes payable to relatives | | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | | |
| Accounts and notes receivable | | · | | Accounts and bills due | | | 11,000 | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others — INTERSPORT LTD | | 70,000 | | Other unpaid tax and interest | | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | | 669,000 | |
| Real estate owned—add schedule | 1,515,000 | | | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts—itemize | | | | |
| Autos and other personal property | | 420,000 | | MARGIN INTEREST | | | 952,111 | |
| Cash value—life insurance | | | | | | | | |
| Other assets—itemize | | | | | | | | |
| SCHEDULE ATTACHED | | 156,000 | | | · | | | |
| | | | | Total liabilities | | | 1,631,111 | |
| | | | | Net Worth | | | 7,666,132 | |
| Total Assets | 9,240,243 | | | Total liabilities and net worth | | | 9,240,243 | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor LEASE on stores ART — 40 CENTRAL PARK S, NYC | · | 3,000 | | Are any assets pledged? (Add schedule) NO | | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? NO | | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? NO | | | | |
| Provision for Federal Income Tax | | | | | | | | |
| Other special debt | | | | | | | | |

Digitized by Google